UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-667-ADA <br><br> JURY TRIAL DEMANDED |

**DEFENDANT GOOGLE LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more that 10% of Alphabet Inc.'s stock.

DATED: September 7, 2021

Respectfully submitted,

By: */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
State Bar No.: 00796136
pamstutz@scottdoug.com
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Robert W. Unikel (Admitted *Pro Hac Vice*)
robertunikel@paulhastings.com
Matthew Lind (Admitted *Pro Hac Vice*)
matthewlind@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor

Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Robert R. Laurenzi (Admitted *Pro Hac Vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ariell N. Bratton (Admitted *Pro Hac Vice*)
ariellbratton@paulhastings.com
Cole D. Malmberg (Admitted *Pro Hac Vice*)
colemalmberg@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 7, 2021, all counsel of record who have appeared in these cases are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                           */s/ Paige Arnette Amstutz*
                                                         Paige Arnette Amstutz