Matthias A. Kamber (SB # 232147)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Robert W. Unikel (*pro hac vice forthcoming*)
robertunikel@paulhastings.com
John A. Cotiguala (*pro hac vice forthcoming*)
johncotiguala@paulhastings.com
Matthew R. Lind (*pro hac vice forthcoming*)
mattlind@paulhastings.com
Grayson S. Cornwell (*pro hac vice forthcoming*)
graysoncornwell@paulhastings.com
PAUL HASTINGS LLP
71 S. Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>   Plaintiff,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>   Defendant. | CASE NO. 3:22-cv-03199-HSG<br><br>**DEFENDANT GOOGLE LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC ("Google") discloses the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC, Defendant.
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

| | | |
|---|---|---|
| 1 | DATED:  June 16, 2022 | Respectfully submitted, |
| 2 | | PAUL HASTINGS LLP |
| 3 | | By: /s/  Matthias A. Kamber |

Matthias A. Kamber (SB # 232147)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Robert W. Unikel (*pro hac vice forthcoming*)
robertunikel@paulhastings.com
John A. Cotiguala (*pro hac vice forthcoming*)
johncotiguala@paulhastings.com
Matthew R. Lind (*pro hac vice forthcoming*)
mattlind@paulhastings.com
Grayson S. Cornwell (*pro hac vice forthcoming*)
graysoncornwell@paulhastings.com
PAUL HASTINGS LLP
71 S. Wacker Drive, Suite 4500
Chicago, Illinois  60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

Robert R. Laurenzi (*pro hac vice forthcoming*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York  10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Ariell N. Bratton (SB # 317587)
ariellbratton@paulhastings.com
Cole D. Malmberg (SB # 305250)
colemalmberg@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorneys for Defendant
GOOGLE LLC

## CERTIFICATE OF SERVICE

I certify that on the 16th day of June, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF System on all counsel of record who are deemed to have consented to electronic service.

                                        */s/ Matthias A. Kamber*
                                          Matthias A. Kamber