| | |
|---|---|
| 1 | Matthias A. Kamber (SB # 232147) |
| 2 | matthiaskamber@paulhastings.com<br>PAUL HASTINGS LLP |
| 3 | 101 California Street, 48th Floor<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100 |
| 5 | |
| 6 | Robert W. Unikel (*pro hac vice forthcoming*)<br>robertunikel@paulhastings.com |
| 7 | John A. Cotiguala (*pro hac vice forthcoming*)<br>johncotiguala@paulhastings.com |
| 8 | Matthew R. Lind (*pro hac vice forthcoming*)<br>mattlind@paulhastings.com |
| 9 | Grayson S. Cornwell (*pro hac vice forthcoming*)<br>graysoncornwell@paulhastings.com |
| 10 | PAUL HASTINGS LLP<br>71 S. Wacker Drive, Suite 4500 |
| 11 | Chicago, Illinois 60606 |
| 12 | Telephone:  (312) 499-6000<br>Facsimile:  (312) 499-6100 |
| 13 | |
| 14 | [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE] |
| 15 | |
| 16 | Attorneys for Defendant<br>GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | VOIP-PAL.COM, INC., | CASE NO. 4:22-cv-03199-HSG |
| 22 | Plaintiff, | **NOTICE OF APPEARANCE OF ARIELL BRATTON** |
| 23 | vs. | |
| 24 | GOOGLE LLC, | |
| 25 | Defendant. | |

1  Defendant Google LLC files this Notice of Appearance and hereby notifies the Court and
2  all parties of record that Ariell Bratton of the law firm of Paul Hastings LLP is appearing as counsel
3  on behalf of Defendant Google LLC in this action. Google LLC requests that copies of all notices
4  and filings be provided to Ms. Bratton as follows:

Ariell Bratton
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Email: ariellbratton@paulhastings.com

DATED: June 16, 2022                    Respectfully submitted,

PAUL HASTINGS LLP

By: */s/  Ariell N. Bratton*
    Ariell N. Bratton (SB # 317587)
    ariellbratton@paulhastings.com
    Cole D. Malmberg (SB # 305250)
    colemalmberg@paulhastings.com
    PAUL HASTINGS LLP
    4747 Executive Drive, 12th Floor
    San Diego, CA 92121
    Telephone: (858) 458-3000
    Facsimile: (858) 458-3005

    Matthias A. Kamber (SB # 232147)
    matthiaskamber@paulhastings.com
    PAUL HASTINGS LLP
    101 California Street, 48th Floor
    San Francisco, CA 94111
    Telephone: (415) 856-7000
    Facsimile: (415) 856-7100

    Robert W. Unikel (*pro hac vice forthcoming*)
    robertunikel@paulhastings.com
    John A. Cotiguala (*pro hac vice forthcoming*)
    johncotiguala@paulhastings.com
    Matthew R. Lind (*pro hac vice forthcoming*)
    mattlind@paulhastings.com
    Grayson S. Cornwell (*pro hac vice forthcoming*)
    graysoncornwell@paulhastings.com
    PAUL HASTINGS LLP
    71 S. Wacker Drive, Suite 4500
    Chicago, Illinois  60606
    Telephone:  (312) 499-6000
    Facsimile:  (312) 499-6100

Robert R. Laurenzi (*pro hac vice forthcoming*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York  10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Attorneys for Defendant
GOOGLE LLC

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of June, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF System on all counsel of record who are deemed to have consented to electronic service.

/s/ *Ariell N. Bratton*
Ariell N. Bratton