1  Lewis E. Hudnell, III (CASBN 218736)
   lewis@hudnelllaw.com
2  Nicolas S. Gikkas (CASBN 189452)
   nick@hudnelllaw.com
3  HUDNELL LAW GROUP P.C.
4  800 W. El Camino Real Suite 180
   Mountain View, California 94040
5  Telephone: 650.564.3698
   Facsimile: 347.772.3034
6

7  Attorneys for Plaintiff
   VoIP-Pal.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No. 3:22-CV-03199-JD<br><br><br>**JOINT STIPULATION OF DISMISSAL** |
| VOIP-PAL.COM, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No. 3:22-cv-05419-JD |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, VoIP-Pal.com, Inc., and Defendant, Google LLC, hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims,

defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE and all pending requested relief should be denied as moot. Each party will bear its own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

JOINT STIPULATION OF DISMISSAL
3:22-cv-3199-JD; 3:22-cv-5419-JD

Dated: June 6, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Lewis E. Hudnell, III <br> Lewis E. Hudnell, III (CASBN 218736) <br> lewis@hudnelllaw.com <br> Nicolas S. Gikkas (CASBN 189452) <br> nick@hudnelllaw.com <br> HUDNELL LAW GROUP P.C. <br> 800 W. El Camino Real Suite 180 <br> Mountain View, California 94040 <br> Telephone: 650.564.3698 <br> Facsimile: 347.772.3034 <br><br> Attorneys for Plaintiff <br> VoIP-Pal.com, Inc. | /s/ Matthias Kmaber (with permsission) <br> Matthias A. Kamber (SB # 232147) <br> matthiaskamber@paulhastings.com <br> PAUL HASTINGS LLP <br> 101 California Street, 48th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 856-7000 <br> Facsimile: (415) 856-7100 <br><br> Robert W. Unikel (*pro hac vice*) <br> robertunikel@paulhastings.com <br> John A. Cotiguala (*pro hac vice*) <br> johncotiguala@paulhastings.com <br> Matthew R. Lind (pro hac vice) <br> mattlind@paulhastings.com <br> Grayson S. Cornwell (*pro hac vice*) <br> graysoncornwell@paulhastings.com <br> PAUL HASTINGS LLP <br> 71 S. Wacker Drive, Suite 4500 <br> Chicago, Illinois 60606 <br> Telephone: (312) 499-6000 <br> Facsimile: (312) 499-6100 <br><br> Robert R. Laurenzi (*pro hac vice*) <br> robertlaurenzi@paulhastings.com <br> PAUL HASTINGS LLP <br> 200 Park Avenue <br> New York, New York 10166 <br> Telephone: (212) 318-6000 <br> Facsimile: (212) 319-4090 <br><br> Ariell N. Bratton (SB # 317587) <br> ariellbratton@paulhastings.com <br> Cole D. Malmberg (SB # 305250) <br> colemalmberg@paulhastings.com <br> PAUL HASTINGS LLP <br> 4747 Executive Drive, 12th Floor <br> San Diego, CA 92121 <br> Telephone: (858) 458-3000 <br> Facsimile: (858) 458-3005 <br><br> Attorneys for Defendant <br> GOOGLE LLC |

## ATTESTATION

Under Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

*/s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III

# [PROPOSED] ORDER

PURSUANT TO STIPULATION of the parties, IT IS HEREBY ORDERED that all claims of infringement that Plaintiff raised or could have raised in this action are dismissed with prejudice;

IT IS FURTHER ORDERED that all claims, defenses, or counterclaims that Defendant raised are dismissed without prejudice;

IT IS FURTHER ORDERED that all pending requested relief is denied as moot; and

IT IS FURTHER ORDERED that each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____

Hon. James Donato
United States District Court Judge