Lewis E. Hudnell, III (CASBN 218736)
lewis@hudnelllaw.com
Nicolas S. Gikkas (CASBN 189452)
nick@hudnelllaw.com
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.3698
Facsimile: 347.772.3034

Attorneys for Plaintiff
VoIP-Pal.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No.  3:22-CV-03199-JD<br><br>**JOINT STIPULATION OF DISMISSAL** |
| VOIP-PAL.COM, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 3:22-cv-05419-JD |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, VoIP-Pal.com, Inc., and Defendant, Google LLC, hereby stipulate to the dismissal of the action.  All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE.  All claims,

defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE and all pending requested relief should be denied as moot.  Each party will bear its own costs and attorneys' fees.

      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 6, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Lewis E. Hudnell, III | /s/ Matthias Kmaber (with permsission) |
| Lewis E. Hudnell, III (CASBN 218736) | Matthias A. Kamber (SB # 232147) |
| lewis@hudnelllaw.com | matthiaskamber@paulhastings.com |
| Nicolas S. Gikkas (CASBN 189452) | PAUL HASTINGS LLP |
| nick@hudnelllaw.com | 101 California Street, 48th Floor |
| HUDNELL LAW GROUP P.C. | San Francisco, CA 94111 |
| 800 W. El Camino Real Suite 180 | Telephone: (415) 856-7000 |
| Mountain View, California 94040 | Facsimile: (415) 856-7100 |
| Telephone: 650.564.3698 | |
| Facsimile: 347.772.3034 | Robert W. Unikel (*pro hac vice*) |
| | robertunikel@paulhastings.com |
| | John A. Cotiguala (*pro hac vice*) |
| | johncotiguala@paulhastings.com |
| Attorneys for Plaintiff | Matthew R. Lind (pro hac vice) |
| VoIP-Pal.com, Inc. | mattlind@paulhastings.com |
| | Grayson S. Cornwell (*pro hac vice*) |
| | graysoncornwell@paulhastings.com |
| | PAUL HASTINGS LLP |
| | 71 S. Wacker Drive, Suite 4500 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 499-6000 |
| | Facsimile: (312) 499-6100 |
| | |
| | Robert R. Laurenzi (*pro hac vice*) |
| | robertlaurenzi@paulhastings.com |
| | PAUL HASTINGS LLP |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | Telephone: (212) 318-6000 |
| | Facsimile: (212) 319-4090 |
| | |
| | Ariell N. Bratton (SB # 317587) |
| | ariellbratton@paulhastings.com |
| | Cole D. Malmberg (SB # 305250) |
| | colemalmberg@paulhastings.com |
| | PAUL HASTINGS LLP |
| | 4747 Executive Drive, 12th Floor |
| | San Diego, CA 92121 |
| | Telephone: (858) 458-3000 |
| | Facsimile: (858) 458-3005 |
| | |
| | Attorneys for Defendant |
| | GOOGLE LLC |

JOINT STIPULATION OF DISMISSAL
3:22-cv-3199-JD; 3:22-cv-5419-JD

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION of the parties, IT IS HEREBY ORDERED that all claims of infringement that Plaintiff raised or could have raised in this action are dismissed with prejudice;

IT IS FURTHER ORDERED that all claims, defenses, or counterclaims that Defendant raised are dismissed without prejudice;

IT IS FURTHER ORDERED that all pending requested relief is denied as moot; and

IT IS FURTHER ORDERED that each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 7, 2023

James Donato
United States District Judge